Dismissed and Memorandum Opinion filed December 21, 2006









Dismissed and Memorandum Opinion filed December 21,
2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00987-CR

____________

 

ANTONIO ZAPATA,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
176th District Court

 Harris County, Texas

Trial Court Cause No. 1018544

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to indecency with a
child.  In accordance with the terms of a
plea bargain agreement with the State, the trial court sentenced appellant on
October 18, 2006, to confinement for two years in the Institutional Division of
the Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  We dismiss the appeal.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).  The record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 21, 2006.

Panel consists of Justices Frost,
Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.2(b)